**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RODNEY A. CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>VINCE JOHNSON and ST. CHARLES COUNTY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-00444-NCC |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of the file. On September 24, 2026, the Honorable Noelle C. Collins ordered Plaintiff to pay the filing fee or file a motion for leave to proceed *in forma pauperis* no later than October 14, 2026, and warned Plaintiff that if he did not comply, the Court would dismiss his case. (Doc. 3). To date, Plaintiff has not complied with that order or requested more time to do so.

"A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders." *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997). Because Plaintiff did not comply with the September 24, 2026 order, the Court dismisses this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered with this Memorandum and Order.

Dated this October 20th, 2026.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE